# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONALD DEAN GLOVER, | CASE NO. 07cv306 BTM (PCL) |
| Petitioner, | **ORDER DENYING MOTION TO AMEND** |
| vs. | |
| IVAN CLAY, Warden | |
| Respondent. | |

On February 26, 2007, Petitioner Ronald Dean Glover filed a Petition for Habeas Corpus in the Eastern District of California. The case was reassigned to this Court on November 25, 2008. On May 5, 2008, Petitioner filed a Motion to Amend his petition to include claims arising from his most recent parole proceeding in 2008. Petitioner concedes that he has not exhausted state remedies on his claims arising from the 2008 parole denial.

Habeas petitioners must exhaust state remedies before bringing their claims in federal court. 28 U.S.C. § 2254(b)(1)(A); see also Rose v. Lundy, 455 U.S. 509, 520 (1982). If the Court permits Petitioner to amend his petition, it will constitute a mixed petition, including both exhausted and unexhausted claims. Mixed petitions must be dismissed. Lundy, 455 U.S. at 522.

///
///
///
///

Therefore, the Court hereby **DENIES** Petitioner's Motion to Amend without prejudice to Petitioner bringing his claims once exhausted.

**IT IS SO ORDERED.**

DATED: March 24, 2009

Honorable Barry Ted Moskowitz
United States District Judge